No. 552.   MESTICE *v.* MASI, *ante,* p. 921;

No. 596.   HARRIS *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 917; and

No. 397, Misc.   RHEIM *v.* LYONS, COMMISSIONER, *ante,* p. 925.   The petitions for rehearing in these cases are severally denied.

## MAY 1, 1950.

*Per Curiam Decisions.*

No. 427.   FLOWERS *v.* MISSISSIPPI.   Appeal from the Supreme Court of Mississippi.   *Per Curiam:* The appeal is dismissed for want of jurisdiction.   28 U. S. C. § 1257 (2).   Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.   *W. M. Mize* for appellant. *Greek L. Rice,* Attorney General of Mississippi, and *George H. Ethridge,* Assistant Attorney General, for appellee.

No. 687.   FRANKLIN *v.* HARPER ET AL.   Appeal from the Supreme Court of Georgia.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.   *Franklin H. Pierce* for appellant.   Appellees *pro se.*

*Miscellaneous Orders.*

No. 468, Misc.   KEITH *v.* MILLER, WARDEN.   The motion for leave to file petition for writ of certiorari is denied.

No. 470, Misc.   EPPLE *v.* DUFFY, WARDEN; and

No. 471, Misc.   HOBBS *v.* SWENSON, WARDEN.   The motions for leave to file petitions for writs of habeas corpus are denied.